**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**

**AT KNOXVILLE**

**APRIL 1999 SESSION**

**FILED**

**June 2, 1999**

**Cecil Crowson, Jr.**
**Appellate Court**
**Clerk**

| | | |
|---|---|---|
| **STATE OF TENNESSEE,** | ) | |
| | ) | **C.C.A. No. 03C01-9811-CR-00382** |
| Appellee, | ) | |
| | ) | **WASHINGTON COUNTY NOS:** |
| | ) | **23800, 23044** |
| **VS.** | ) | |
| | ) | **HON. ARDEN L. HILL,** |
| | ) | **JUDGE** |
| **KARA M. CONERO,** | ) | |
| | ) | **AFFIRMED - RULE 20** |
| Appellant. | ) | |

## O R D E R

Petitioner, Kara M. Conero, appeals the trial court's revocation of her community corrections program and reinstatement of the original sentence. We affirm the dismissal pursuant to Rule 20 of the Tennessee Court of Criminal Appeals.

### I.

On November 5, 1997, petitioner pled guilty to failure to appear and forgery over $1,000. She received an effective four-year sentence requiring jail time followed by probation.

On February 6, 1998, the trial court found petitioner to be in violation of her probation and transferred her into the community corrections program in lieu of incarceration. On February 7, 1998, petitioner used marijuana. She reported to the community corrections officer on February 9, 1998, and tested positive for marijuana. Petitioner was advised to report to the community corrections officer on a daily basis to avoid further incarceration. Petitioner never again reported to the community corrections officer.

After a violation hearing on May 20, 1998, the trial court revoked petitioner's community corrections sentence and reinstated the four-year sentence.

**II.**

Petitioner contends she is a drug addict, and the trial court erred by not authorizing further split confinement followed by an in-patient drug treatment program. Revocation of probation or community corrections is subject to an abuse of discretion standard of review, rather than a *de novo* standard. State v. Harkins, 811 S.W.2d 79, 82 (Tenn. 1991). Petitioner repeatedly violated the conditions of alternative sentencing. The trial court did not abuse its discretion by revoking alternative sentencing and requiring the petitioner to serve her sentence.

It is, therefore, ORDERED that the judgment of the trial court is affirmed in accordance with Rule 20, Rules of the Tennessee Court of Criminal Appeals. Costs shall be assessed against the state since petitioner is indigent.

_____
**JOE G. RILEY, JUDGE**

**CONCUR:**

_____
**JERRY L. SMITH, JUDGE**

_____
**NORMA MCGEE OGLE, JUDGE**

2